

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2014

No. 04-14-00080-CV

**EX PARTE** Robert **PEREZ**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

On February 10, 2014, relator filed a supplemental petition for writ of habeas corpus. The court has considered relator's supplemental petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's supplemental petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 13th, 2014.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006EM502404, styled *In the Interest of N.P., et al., Children*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Jim Rausch presiding.